**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| BUNTING GRAPHICS, INC. d/b/a BUNTING ARCHITECTURAL METALS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>THE WHITING-TURNER CONTRACTING COMPANY,<br><br>    Defendant/Counterclaimant.<br><br>THE WHITING-TURNER CONTRACTING COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 19-cv-2323-LKG<br><br>     Dated:  November 20, 2023 |

<u>**AMENDED PRE-TRIAL SCHEDULING ORDER**</u>

    The Court **MODIFIES** the Amended Pre-Trial Scheduling Order dated August 16, 2023, as follows:

| | |
|---|---|
| **Additional Pre-Trial Motions, including motions *in limine*, and motions to strike** | September 29, 2023 |
| **Responses to Additional Pre-Trial Motions** | October 20, 2023 |
| **Replies in support of Additional Pre-Trial Motions** | November 3, 2023 |

**Hearing on Pre-Trial Motions**                December 6, 2023, at 2:30
                                                p.m., in Courtroom 4B,
                                                United States District Court
                                                for the District of Maryland,
                                                Southern Division, 6500
                                                Cherrywood Lane, Greenbelt,
                                                Maryland 20770

**Pre-Trial Order**

In addition to the information required
under Local Rule 106(2), the parties shall
state whether there are any exhibits which
they can jointly agree should be admitted
into evidence in this case, and if so, provide
a list of these joint exhibits along with a
courtesy copy of the exhibits provided on
3-hole paper and in a 3- ring binder.          January 5, 2024

**Pre-Trial Conference**                        January 26, 2024, at 10:30
                                                a.m., in Courtroom 4B,
                                                United States District Court
                                                for the District of Maryland,
                                                Southern Division, 6500
                                                Cherrywood Lane, Greenbelt,
                                                Maryland 20770

**Final Pre-Trial Conference**                  February 9, 2024, at 10:30
                                                a.m., in Courtroom 4B,
                                                United States District Court
                                                for the District of Maryland,
                                                Southern Division, 6500
                                                Cherrywood Lane, Greenbelt,
                                                Maryland 20770

**Trial**                                       February 12, 2024, at 9:30
                                                a.m., in Courtroom 4B,
                                                United States District Court
                                                for the District of Maryland,
                                                Southern Division, 6500
                                                Cherrywood Lane, Greenbelt,
                                                Maryland 20770

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge