**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BUNTING GRAPHICS, INC.<br>d/b/a Bunting ARCHITECTURAL METALS,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>THE WHITING-TURNER CONTRACTING COMPANY,<br><br>　　　　Defendant/Counterclaimant.<br><br>THE WHITING-TURNER CONTRACTING COMPANY,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Third-Party Defendant. | Civil Action No. 19-cv-2323-LKG<br><br>Dated: January 23, 2025 |

**ORDER**

For the reasons stated in the Court's January 23, 2025, memorandum opinion, the Court **CONCLUDES** that:

1. Bunting materially breached the Subcontract, by: (a) failing to timely mobilize to the Project site in May 2018; (b) failing to complete the fabrication of the metal panels in September 2018; and (c) failing to make progress on, and to complete, the installation of the metal panels by September 2018 and by January 2019;

2. Whiting-Turner did not materially breach the Subcontract prior to Bunting's material breaches;

3. Bunting is **LIABLE** to Whiting-Turner for its material breaches of the Subcontract; and

4. Travelers is also **LIABLE** to Whiting-Turner for Bunting's material breaches of the Subcontract, up to the amount of **$2,652,500.00**.

The Court **DIRECTS** the parties to submit a joint status report, on or before **February 24, 2025**, stating their respective views on how this matter should proceed, including whether they intend to proceed to a trial on damages.

Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge